UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEE CANADA, | No. 2: 17-cv-0070 KJN P |
| Plaintiff, | |
| v. | ORDER |
| MACOMBER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the jurisdiction of the undersigned. (ECF No. 7.)

On March 10, 2017, the undersigned granted plaintiff thirty days to file a complaint and an in forma pauperis application. (ECF No. 14.) Plaintiff filed his in forma pauperis application (ECF No. 16) but did not file a complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty days to file a complaint; failure to file a complaint will result in dismissal of this action;

////

////

////

////

1

1    2.  The Clerk of the Court is directed to send plaintiff the complaint form for a civil rights

2    action by a prisoner pursuant to 42 U.S.C. § 1983.

3    Dated:  April 28, 2017

4                                                        _____

5                                                        KENDALL J. NEWMAN
                                                         UNITED STATES MAGISTRATE JUDGE

6

7    Can70.ord