UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEE CANADA, | No. 2: 17-cv-0070 KJN P |
| Plaintiff, | |
| v. | ORDER |
| MACOMBER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the jurisdiction of the undersigned. (ECF No. 7.)

On May 19, 2017, the undersigned dismissed plaintiff's complaint with thirty days to file an amended complaint. (ECF No. 21.) Thirty days passed and plaintiff did not file an amended complaint. However, plaintiff filed the form titled "Notice of Amendment," indicating his intention to file an amended complaint. (ECF No. 24.)

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days from the date of this order to file an amended complaint; failure to file an amended complaint within that time will result in dismissal of this action.

Dated: July 12, 2017

Can70.ord(2)

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1