UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEE CANADA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MACOMBER, et al.,<br><br>　　　　　　Defendants. | No. 2: 17-cv-0070 KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On July12, 2017, the undersigned granted plaintiff thirty days to file an amended complaint. (ECF No. 26.)

On August 7, 2017, plaintiff filed a notice of change of address indicating that he was recently transferred to the California Men's Colony ("CMC"). (ECF No. 27.) In this notice, plaintiff also requests an extension of time to respond to the July 12, 2017 order. Plaintiff states that he is without his legal property (apparently due to his recent transfer). Plaintiff states that without his legal property, he cannot determine whether he intends to proceed with this action. The undersigned anticipates that by the time plaintiff receives the instant order, he will have access to his legal property.

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days to file an amended complaint; if plaintiff does not intend to proceed with the instant action, he shall file a notice of voluntary dismissal within that time.

Dated: August 10, 2017

/s/ Kendall J. Newman
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Can70.eot